IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FRANK MASCARENA, Plaintiff, vs. MIKE LINDER, and LT. BAILEY, Defendants. | CV 22-077-BLG-SPW-TJC FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Plaintiff Frank Mascarena ("Mascarena") filed Complaints asserting various claims related to his confinement at Yellowstone County Detention Facility ("YCDF") that the Court consolidated under this case number. The Court then screened the consolidated Complaint, pursuant to 28 U.S.C. § 1915, 1915A, and determined that Mascarena failed to state a claim for federal relief. (Doc. 16.) Mascarena was given the opportunity to amend.

Subsequently, without amending, Mascarena filed a motion to dismiss. (Doc. 19.) Because this Court had already determined that the Complaint failed to state a claim, it now issues the following:

### RECOMMENDATION

1. Mascarena's motion to dismiss (Doc. 19) should be GRANTED. The dismissal should be with prejudice, for the reasons explained in its prior Order.

2. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (g), Mascarena's filing of this

1

action should count as one strike against him.

3. The Clerk of Court should be directed to close this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

4. The Clerk of Court should be directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS
AND
CONSEQUENCES OF FAILURE TO OBJECT**

Mascarena may file objections to these Findings and Recommendations within fourteen days. 28 U.S.C. § 636. Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal. This order is not immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Fed. R. App. P. 4(a), should not be filed until entry of the District Court's final judgment.

DATED this 14th day of September, 2022.

 _/s/ Timothy J. Cavan_
Timothy J. Cavan
United States Magistrate Judge